JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

BARBARA O'CONNOR

### DEFENDANTS

NEW JERSEY MANUFACTURERS
INSURANCE CO. d/b/a NJM INSURANCE GROUP

**(b)** County of Residence of First Listed Plaintiff    HARTFORD, CT
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

ADAM S. BARRIST, ESQ., 215-432-8829
40 ROCK HILL ROAD, BALA CYNWYD, PA 19004

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
      Plaintiff

❏ 2   U.S. Government
      Defendant

❏ 3   Federal Question
      *(U.S. Government Not a Party)*

☒ 4   Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ☒ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product |     Product Liability | |     28 USC 157 |     3729(a)) |
| ❏ 140 Negotiable Instrument |     Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & |     Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
|     & Enforcement of Judgment |     Slander |     Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' |     Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted |     Liability | ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
|     Student Loans | ❏ 340 Marine |     Injury Product | |     New Drug Application | ❏ 470 Racketeer Influenced and |
|     (Excludes Veterans) | ❏ 345 Marine Product |     Liability | | ❏ 840 Trademark |     Corrupt Organizations |
| ❏ 153 Recovery of Overpayment |     Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
|     of Veteran's Benefits | ☒ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending |     Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ |
| ❏ 190 Other Contract |     Product Liability | ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) |     Exchange |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal |     Property Damage |     Relations | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise |     Injury | ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| | ❏ 362 Personal Injury - |     Product Liability | ❏ 751 Family and Medical | | ❏ 893 Environmental Matters |
| |     Medical Malpractice | |     Leave Act | | ❏ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** |     Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U.S. Plaintiff | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee |     Income Security Act |     or Defendant) | ❏ 899 Administrative Procedure |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party |     Act/Review or Appeal of |
| ❏ 240 Torts to Land | ❏ 443 Housing/ |     Sentence | |     26 USC 7609 |     Agency Decision |
| ❏ 245 Tort Product Liability |     Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | |     State Statutes |
| |     Employment | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| |     Other | ❏ 550 Civil Rights |     Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | |     Conditions of | | | |
| | |     Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
    Proceeding

❏ 2  Removed from
    State Court

❏ 3  Remanded from
    Appellate Court

❏ 4  Reinstated or
    Reopened

❏ 5  Transferred from
    Another District
    *(specify)*

❏ 6  Multidistrict
    Litigation -
    Transfer

❏ 8  Multidistrict
    Litigation -
    Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C §1332

Brief description of cause:
Action for underinsured motorist benefits arising out of a motor vehicle collision

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
In excess of $150,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
04/22/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ ASB3587

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __41 Blocher Farm Place, Southington, CT 06489__

Address of Defendant: __301 Sullivan Way, West Trenton, NJ 08628__

Place of Accident, Incident or Transaction: __Tulpehocken Township, Berks County, PA__

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?   
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒

*RELATED CASE, IF ANY:*

Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
     (Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
     (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, __Adam S. Barrist, Esq.__, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

**DATE:** __04/22/2018__   _____   __88645__

Attorney-at-Law   Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

**DATE:** __04/22/2018__   _____   __88645__

Attorney-at-Law   Attorney I.D.#

CIV. 609 (5/2012)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

BARBARA O'CONNOR

Plaintiff,                      :                CIVIL ACTION
                                :
          v.                    :
                                :
NEW JERSEY MANUFACTURERS        :
INSURANCE CO.  Defendant.       :                NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits.                      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
     exposure to asbestos.                                                              ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management by
     the court.  (See reverse side of this form for a detailed explanation of special
     management cases.)                                                                 ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      ( x )


  04/22/2018                                                      Plaintiff, Barbara O'Connor
**Date**                        **Attorney-at-law**              **Attorney for**

  215-432-8829                    267-247-3098                     abarrist@barristfirm.com
**Telephone**                   **FAX Number**                   **E-Mail Address**


(Civ. 660) 10/02

| | | |
|---|---|---|
| BARBARA O'CONNOR | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO._____ |
| | : | |
| NEW JERSEY MANUFACTURERS | : | |
| INSURANCE CO. d/b/a | : | |
| NJM INSURANCE GROUP | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

## COMPLAINT

Plaintiff, Barbara O'Connor ("Mrs. O'Connor" or "Plaintiff"), through her undersigned attorney, brings the following Complaint against the above-captioned Defendant.

## PARTIES

1. Plaintiff is an adult individual, and citizen and domiciliary of the State of Connecticut, residing at 41 Blocher Farm Place, Southington, CT 06489.

2. Defendant, New Jersey Manufacturers Insurance Co. d/b/a NJM Insurance Group ("NJM" or "Defendant"), is, upon information and belief, a corporation, partnership or other business entity with a principal place of business of 301 Sullivan Way, West Trenton, NJ 08628.

## JURISDICTION AND VENUE

3. Jurisdiction is conferred pursuant to 28 U.S.C §1332 as Plaintiff is a citizen, resident and domiciliary of the State of Connecticut and Defendant is a citizen, corporation,

partnership or other business entity of the State of New Jersey.

4. There is, therefore, complete diversity of citizenship between all Plaintiffs and all Defendants.

5. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest, fees and costs.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), as the motor vehicle collision giving rise to this litigation occurred in Tulpehocken Township, Berks County, PA, within this District.

## FACTS

7. On or about September 30, 2017, Mrs. O'Connor was seriously injured when, at or around Four Point Road, near the intersection of Pottieger Road, in Tulpehocken Township, PA, a vehicle driven by Maria Quezada-Depena ("Ms. Quezada-Depena") that was traveling in the opposite direction, swerved across the double yellow line, hitting head-on a vehicle in which Mrs. O'Connor was a passenger.

8. The vehicle in which Mrs. O'Connor was a passenger was being driven by NJM insured, Rita Stock ("Ms. Stock").

9. Prior to the institution of this suit, Ms. Quezada-Depena's third-party bodily injury insurance policy limits were fully tendered to the various parties who were injured as the result of her negligence.

10. Prior to accepting a settlement with Ms. Quezada-Depena's insurer in the third-party bodily injury claim, Mrs. O'Connor sought and obtained from NJM permission to do so, so that she could pursue the within claim for Underinsured Motorist (UIM) benefits under Ms. Stock's NJM UIM policy. A true and correct copy of the January 25, 2018 letter

from NJM, approving of the underlying third-party bodily injury settlement, is attached hereto, incorporated herein, and marked as Exhibit "A."

11. Further, prior to the institution of the within suit, NJM confirmed, in writing, that it was bound to provide primary UIM coverage for this loss, as opposed to Mrs. O'Connor's auto insurer, Liberty Mutual. A true and correct copy of the January 25, 2018 email from NJM, confirming that that entity is bound to provide primary UIM coverage is attached hereto, incorporated herein, and marked as Exhibit "B."

12. Neither Ms. Stock nor Mrs. O'Connor were charged or deemed at fault for their roles in the subject collision.

13. The Tulpehocken Township Police Department charged Ms. Quezada-Depena with multiple violations of the Pennsylvania Motor Vehicle Code and deemed her at-fault in the subject collision. A true and correct copy of the Tulpehocken Township Police Report is attached hereto, incorporated herein, and marked as Exhibit "C."

14. Such violent collision caused Mrs. O'Connor to **a)** sustain the permanent injuries described below, that have caused her body to not heal or function normally with further medical treatment; and **b)** suffer significant financial harm.

## COUNT ONE – UNDERINSURED MOTORIST COVERAGE

15. Plaintiff incorporates, by reference, the foregoing paragraphs, as though set forth fully herein.

16. As the direct and proximate cause of Ms. Quezada-Depena's negligence as stated above, Mrs. O'Connor has suffered severe permanent physical injury and financial loss.

17. The injuries that Mrs. O'Connor has sustained are permanent in nature. Mrs. O'Connor has suffered great physical and mental pain and anguish, and in all reasonable probability,

will continue to suffer in this manner for a long time in the future, if not for the balance of her natural life.

18. As a further result of the above negligent acts committed by Ms. Quezada-Depena, Mrs. O'Connor has incurred and will continue to incur substantial medical expenses for medical care and attention and will continue to incur additional medical expenses into the foreseeable future.

19. In addition, Mrs. O'Connor has suffered other economic injury and will likely continue to suffer such economic injury.

20. Ms. Quezada-Depena operated her vehicle in such a reckless, careless, and/or negligent manner as to have caused the aforesaid collision to occur.

21. Ms. Quezada-Depena had a duty to Mrs. O'Connor to not operate her vehicle in such a reckless, careless, and/or negligent manner.

22. Ms. Quezada-Depena breached said duty, as set forth below.

23. As a direct and proximate result of the aforesaid acts, omissions, recklessness, carelessness, and/or negligence on the part of Ms. Quezada-Depena, Mrs. O'Connor suffered severe personal injuries; has been and will be in the future, made to endure great pain and suffering, both physical and mental in nature, has been and will be in the future required to expend great sums of money for medical services; has been and will be in the future prevented from attending to her regular activities, duties and responsibilities; has been and will in the future be made to suffer lost earnings and other pecuniary loss.

24. The aforesaid accident was caused by the negligence, carelessness, and/or recklessness of Ms. Quezada-Depena because she:

   (a) Failed to keep her vehicle under control at all relevant times;

(b) Was guilty of 75 Pa.C.S.A. §3714;

(c) Was guilty of 75 Pa.C.S.A. §3309;

(d) Caused her vehicle to cross the double yellow line, striking the vehicle in which Mrs. O'Connor was a passenger;

(e) Was driving at an excessive speed under the circumstances;

(f) Disregarded traffic signals and signs;

(g) Failed to keep a proper lookout;

(h) Failed to pay attention to oncoming traffic;

(i) Caused a violent collision to take place; and

(j) Otherwise failed to exercise due care under the circumstances.

25. As the result of the above-referenced accident, Mrs. O'Connor suffered painful and serious injuries, including, but not limited to:

- Eight (8) fractured ribs

- A fractured sternum

- Severe visible bruising and permanent disfigurement, resulting therefrom

- Concussion

- Closed head injury

- Post-traumatic headache

- Knee ailments, the extent of which is presently unknown

- Neck ailments, the extent of which is presently unknown

- Back ailments, the extent of which is presently unknown

- Post-traumatic cervicalgia

- Anxiety

- Sleep disorder

- Cognitive impairment

- Disc bulges and herniations

- Radiculopathy

- Strains and sprains throughout her body

26. As a result of such accident, Mrs. O'Connor has incurred medical expenses and will continue to incur said medical expenses for an indefinite time into the future.

27. As a result of such accident, Mrs. O'Connor suffered grievous pain and suffering and may continue to suffer same for an indefinite time into the future.

28. As a further result of such accident, Mrs. O'Connor has suffered and will continue to suffer a loss of life's pleasures.

29. Mrs. O'Connor is an intended third-party beneficiary of Ms. Stock's NJM UIM policy (#F396600-9), which provides for UIM limits of $300,000.00 (Three-Hundred Thousand Dollars). A true and correct copy of Ms. Stock's NJM Declarations Page is attached hereto, incorporated herein, and marked as Exhibit "D."

30. NJM is and was duly licensed to engage in the Commonwealth of Pennsylvania in the sale, issuance and distribution of policies of automobile insurance providing various forms of coverage to drivers, passengers and owners of automobiles in the Commonwealth of Pennsylvania.

31. NJM did issue for consideration, Policy #F396600-9, which provides, pursuant to Pennsylvania law, for UIM coverage, and under said coverage, NJM agreed to pay all sums which, *inter alia*, occupants of Ms. Stock's vehicle would legally be entitled to recover in the event of an underinsured motorist scenario, such as the one that exists in

this case.

32. NJM is, therefore, liable to Mrs. O'Connor, an occupant of the NJM-insured vehicle of Ms. Stock for her injuries, damages and losses caused by the negligence of Ms. Quezada-Depena, who was underinsured at the time of the subject collision.

33. Despite having made a demand under Ms. Stock's NJM UIM policy, NJM has refused to properly negotiate a reasonable settlement for the injuries and damages in the subject collision, pursuant to the aforesaid contract of insurance.

**WHEREFORE**, Plaintiff, Barbara O'Connor demands judgment against the Defendant, NJM in an amount in excess of $150,000.00, plus costs, fees and whatever additional relief that this Honorable Court deems just and appropriate.

**THE BARRIST FIRM, LLC**

By: _/s/ ASB3587_____

Adam S. Barrist, Esq.
THE BARRIST FIRM, LLC
40 Rock Hill Road
Bala-Cynwyd, PA 19004

Attorney for Plaintiff

Date: April 22, 2018

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA O'CONNOR | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO._____ |
| | : | |
| NEW JERSEY MANUFACTURERS | : | |
| INSURANCE CO. d/b/a | : | |
| NJM INSURANCE GROUP | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

## **JURY DEMAND**

Plaintiff, Barbara O'Connor hereby demands a trial by twelve (12) jurors.

Respectfully submitted,

**THE BARRIST FIRM, LLC**

By: /s/ ASB3587

Adam S. Barrist, Esq.
THE BARRIST FIRM, LLC
40 Rock Hill Road
Bala-Cynwyd, PA 19004


Attorney for Plaintiff

Date: April 22, 2018

# EXHIBIT "A"


**NEW JERSEY MANUFACTURERS INSURANCE COMPANY**
301 Sullivan Way, West Trenton, NJ 08628
Fax: (609) 493-1151      (609) 883-1300 ext: 5245 / www.NJM.com
KDynof@njm.com

January 25, 2018

The Barrist Firm
Attn: Adam S Barrist, Esq.
40 Rock Hill Rd
Bala Cynwyd PA  19004

Re:     Our Claim No:         2017-775543
        Our Policy No:         F396600
        Our Insured:           Rita M Stock
        Date of Loss:          September 30, 2017
        Your Client:           Barbara J O'Connor

Dear Mr. Barrist:

Please accept the following in response to your letter seeking Longworth approval on behalf of your client. New Jersey Manufacturers Insurance Company (NJM) has completed its assets investigation of the tortfeasor.  At this time, you are authorized to accept the tortfeasor's settlement offer.

In reference to your client's asserted UIM claim, NJM asks that you provide us with the following documentation:

- A signed authorization for the release of your client's PIP file
- A copy of the demand package sent to the tortfeasor's insurance carrier or attorney
- A signed authorization for the release of your client's primary care physician's records, along with the primary care physician's name, address and telephone number

Please be aware that NJM intends to rely on the statute of limitations as a defense in this matter and that the accrual of the statute of limitations date will preclude any UIM claim.  Any investigation, communications or other actions taken by NJM will not serve to toll the statute of limitations period unless waived in writing.

Should you wish to discuss any aspect of this claim, please feel free to contact me at the above number.

Very truly yours,

Kelly Dynof
Bodily Injury Representative

7264

# EXHIBIT "B"

**From:** **Dynof, Kelly** KDynof@njm.com 
**Subject:** RE: 2017-775543 - O'Connor
**Date:** January 25, 2018 at 11:22 AM
**To:** Adam Barrist abarrist@barristfirm.com

Hi Adam,

I got the confirmation that we are primary for this UIM. Please see attached.

Thank you,

**Kelly Dynof**
NJM Insurance Group
Phone: 1-800-367-6564 x5245

# EXHIBIT "C"

Incident No: 17-1455

Reportable: Y

**Commonwealth of Pennsylvania**

**Police Crash Report**

Report Number: W0634902

Case Closed: Y

## Police Agency

| Agency | | Patrol Zone | Dispatch Time | Arrival Time |
|---|---|---|---|---|
| **Tulpehocken Township** | | **239** | **1549** | **1557** |
| Investigator | | Badge | Precinct | Investigation Date |
| **PTLM CHAD HEPLER** | | **2** | | **09-30-2017** |
| Reviewer | | Badge | | Approval Date |
| **KRIS T KERSCHNER** | | **1** | | **10-17-2017** |

## Crash Data

| County/Municipality | | Crash Date | | Crash Time | Day of Week | |
|---|---|---|---|---|---|---|
| **Berks/Tulpehocken Township** | | **09-30-2017** | | **1547** | **SATURDAY** | |
| Crash Description | | Units | People | Injured | | Killed |
| **Angle** | | **2** | **6** | **6** | | **0** |
| Type of Intersection | Special Location | School Bus | School Zone | PennDOT Property Damage | | |
| **Mid-block** | **Not applicable** | **No** | **No** | **No** | | |
| Illumination | | Road Surface Conditions | | | | |
| **Daylight** | | **Dry** | | | | |
| Relation to Roadway | | Weather Conditions | | | | |
| **On roadway** | | **No adverse conditions** | | | | |

## Work Zone

| Work Zone | Speed Limit | Work Zone Characteristics |
|---|---|---|
| **No** | | |
| Work Zone Type | Workers Present | |
| | | |
| Where in Work Zone | Officer Present | |

## Location

| Principal Road | | | | | |
|---|---|---|---|---|---|
| Route Signing | Route No. | Segment No. | | Speed Limit | Travel Lanes |
| **Local road or street** | | | | **45 Mph** | **02** |
| Street | | Street Ending | | Orientation | House # |
| **FOUR POINT** | | **Road** | | **South** | |

Landmark

**Landmark 1 POTTIEGER Road. Landmark 2 STRAUSSTOWN Road. The distance from the crash scene to POTTIEGER Road is 0.1 mile(s).**

GPS Degrees Minutes:Seconds.Decimal

**Latitude :    Longitude : -**

| Traffic Control Device | Traffic Control Functioning | |
|---|---|---|
| **Not applicable** | **No controls** | |
| Lane Closed | Lane Closure Direction | Traffic Detoured | Estimated Time Closed |
| **Not applicable** | | | |
| Accident Investigation Notification Issued? | Property Damage | |
| **Yes** | **No** | |

## Crash Events/Factors

| First Harmful Event | | Environmental/Roadway Potential Factor | |
|---|---|---|---|
| Unit: | Event: | 1 | None |
| **1** | **Hit unit 02** | | |
| Most Harmful Event | | 2 | |
| Unit: | Event: | 3 | |
| **1** | **Hit unit 02** | | |
| Indicated Prime Factor Source | Unit No. | Prime Factor | |
| **Driver** | **01** | **Over/under compensation at curve** | |

Incident No: 17-1455                **Commonwealth of Pennsylvania**       Report Number: W0634902
Reportable: Y                            **Police Crash Report**                    Case Closed: Y

## Driver/Pedestrian Information

| Unit No. | Name/Address | | Date of Birth | | Telephone No. |
|---|---|---|---|---|---|
| **1** | **MARIA QUEZADA-DEPENA** | | **06-15-1971** | | |
| Commercial | **1247 N 11TH ST** | | Class | License Number | License State |
| **N** | **READING PA 19604** | | **C** | **30405304** | **Pennsylvania, US** |

| Type Unit | Owner/Driver |
|---|---|
| **Motor vehicle in transport** | **Private vehicle owned/leased by driver** |
| Driver Presence | Driver or Pedestrian Physical Condition |
| **Driver operated vehicle** | **Apparently normal** |
| Alcohol/Drugs Suspected | Alcohol Test Type | Alcohol Test Results |
| **No** | **Test not given** | **Test not given** |

| Harmful Events | | Side of Road | Most Harmful | Utility Pole # | Violations | | | Charged |
|---|---|---|---|---|---|---|---|---|
| 1 | Hit unit 02 | | Yes | | 1 | 3714 | - Careless Driving | Yes |
| 2 | | | | | 2 | 3309 | - Driving on roadways laned for traffic. | Yes |
| 3 | | | | | 3 | None | | |
| 4 | | | | | 4 | None | | |

| Driver Action 1 | Driver Action 2 | Driver Action 3 | Driver Action 4 |
|---|---|---|---|
| **Over/under compensation at curve** | | | |
| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |

## Vehicle Information

| Name/Address | Insurance | Insurance Co. | Policy Number |
|---|---|---|---|
| **MARIA C QUEZADA DE PENA** **1247 N 11TH ST** **READING PA 19604** | **Yes** | **STATE FARM** | **250 6732-D20-38B** |
| Vehicle Type | Reg. State | Plate Number | Special Usage |
| **Automobile** | **Pennsylvania, US** | **KLA5093** | **Not applicable** |

| Model Year | Vehicle Make | Vehicle Model | Vehicle Color | VIN |
|---|---|---|---|---|
| **2008** | **Mazda** | **MAZADA** | **Black** | **1YVHP80CX85M38993** |
| Trailing Units | Trl Tag State | Type Trailing Unit | Trailer Tag Number | Trailer Tag Year |
| **No trailing units** | | | | |
| Est. Speed | Towed | Towed By | Vehicle Movement | Vehicle Position |
| **999** | **Yes** | **BLATTS TOWING** | **Negotiating curve - left** | **Right lane (Curb)** |
| Travel Dir. | Gradient | Road Alignment | Initial Impact Point | Damage Indicator |
| **South** | **Crest/top of hill** | **Curved** | **3 O'clock** | **Disabling (severe - not driveable)** |
| Possible Vehicle Failure 1 | | | Possible Vehicle Failure 2 | |
| **None** | | | | |

## Motorcycle

| Engine Size | | Saddle Bag/Trunk | | Trailer | | Drivers Education | Passenger? |
|---|---|---|---|---|---|---|---|
| **DRIVER** Helmet Type | Helmet Stay On | DOT/Snell Designation | Eye Protection | Long Sleeves | Long Pants | | Over Ankle Boot |
| **PASSENGER** Helmet Type | Helmet Stay On | DOT/Snell Designation | Eye Protection | Long Sleeves | Long Pants | | Over Ankle Boot |

Incident No: 17-1455
Reportable: Y

**Commonwealth of Pennsylvania**
**Police Crash Report**

Report Number: W0634902
Case Closed: Y

| Pedalcycle | | |
|---|---|---|
| | Passenger? | Helmet? |
| | Head Lights? | Rear Reflectors? |

| Incident No: 17-1455 | **Commonwealth of Pennsylvania** | Report Number: W0634902 |
|---|---|---|
| Reportable: Y | **Police Crash Report** | Case Closed: Y |

## Driver/Pedestrian Information

| Unit No. | Name/Address | | | | Date of Birth | | | Telephone No. |
|---|---|---|---|---|---|---|---|---|
| **2** | **RITA STOCK** | | | | **07-14-1950** | | | **(570) 390-7737** |
| Commercial | **161 BLUE HERON WAY** | | | | Class | License Number | | License State |
| **N** | **HAWLEY PA 18428** | | | | **C** | **32597596** | | **Pennsylvania, US** |

| Type Unit | Owner/Driver |
|---|---|
| **Motor vehicle in transport** | **Private vehicle not owned/leased by driver** |
| Driver Presence | Driver or Pedestrian Physical Condition |
| **Driver operated vehicle** | **Apparently normal** |

| Alcohol/Drugs Suspected | Alcohol Test Type | Alcohol Test Results |
|---|---|---|
| **No** | **Test not given** | **Test not given** |

| Harmful Events | | Side of Road | Most Harmful | Utility Pole # | Violations | | Charged |
|---|---|---|---|---|---|---|---|
| 1 | **Struck by unit 01** | | **Yes** | | 1 | | |
| 2 | | | | | 2 | | |
| 3 | | | | | 3 | | |
| 4 | | | | | 4 | | |

| Driver Action 1 | Driver Action 2 | Driver Action 3 | Driver Action 4 |
|---|---|---|---|
| **No contributing action** | | | |
| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |

## Vehicle Information

| Name/Address | Insurance | Insurance Co. | Policy Number |
|---|---|---|---|
| **JOHN T STOCK** **161 BLUE HERON WAY** **HAWLEY PA 18428** | **Yes** | **NEW JERSEY MANUFACTURE RS** | **F396600-9** |

| Vehicle Type | Reg. State | Plate Number | Special Usage |
|---|---|---|---|
| **SUV** | **Pennsylvania, US** | **KHL8899** | **Fire vehicle** |

| Model Year | Vehicle Make | Vehicle Model | Vehicle Color | VIN |
|---|---|---|---|---|
| **2008** | **Subaru** | **FORESTER** | **White** | **JF1SG67628H718380** |

| Trailing Units | Trl Tag State | Type Trailing Unit | Trailer Tag Number | Trailer Tag Year |
|---|---|---|---|---|
| **No trailing units** | | | | |

| Est. Speed | Towed | Towed By | Vehicle Movement | Vehicle Position |
|---|---|---|---|---|
| **999** | **Yes** | **BLATTS TOWING** | **Negotiating curve - left** | **Right lane (Curb)** |

| Travel Dir. | Gradient | Road Alignment | Initial Impact Point | Damage Indicator |
|---|---|---|---|---|
| **North** | **Crest/top of hill** | **Curved** | **11 O'clock** | **Disabling (severe - not driveable)** |

| Possible Vehicle Failure 1 | Possible Vehicle Failure 2 |
|---|---|
| **None** | |

## Motorcycle

| Engine Size | | Saddle Bag/Trunk | | Trailer | | Drivers Education | Passenger? |
|---|---|---|---|---|---|---|---|
| **DRIVER** Helmet Type | Helmet Stay On | DOT/Snell Designation | Eye Protection | Long Sleeves | | Long Pants | Over Ankle Boot |
| **PASSENGER** Helmet Type | Helmet Stay On | DOT/Snell Designation | Eye Protection | Long Sleeves | | Long Pants | Over Ankle Boot |

## Pedalcycle

| Passenger? | Helmet? |
|---|---|
| Head Lights? | Rear Reflectors? |

| Form#AA-500(12/15) | Report Generated: 10-17-2017 | Page: 4 |
|---|---|---|

Incident No: 17-1455                    **Commonwealth of Pennsylvania**          Report Number: W0634902
Reportable: Y                                   **Police Crash Report**                          Case Closed: Y

| People Information | Unit No.<br>**01** | Name/Address<br>**QUEZADA-DEPENA, MARIA C** | | Gender<br>**Female** | Date of Birth<br>**06-15-1971** | Telephone No. |
|---|---|---|---|---|---|---|
| | Person No.<br>**01** | **1247 N 11TH ST** | | Seat Position<br>**Driver - all vehicles** | | |
| | | **READING PA 19604** | | | | |
| | Person Type<br>**Driver** | | Injury Severity<br>**Suspected Minor Injury (previously moderate injury)** | Extrication<br>**Not applicable** | | |
| | Ejection<br>**Not applicable** | | Ejection Path<br>**Not Ejected / Not Applicable** | | | |
| | Safety Equipment 1<br>**Lap and shoulder belt used** | | | Safety Equipment 2<br>**Front air bag deployed (for this seat)** | | |
| | EMS Transport<br>**Yes** | EMS Agency<br>**WESTERN BERKS AND BETHEL EMS** | | Medical Facility<br>**READING HOSPITAL** | | |

| People Information | Unit No.<br>**01** | Name/Address<br>**MARIA MARTINEZ** | | Gender<br>**Female** | Date of Birth<br>**01-02-1956** | Telephone No.<br>**(484) 794-1814** |
|---|---|---|---|---|---|---|
| | Person No.<br>**02** | **1135 ROSARE STREET** | | Seat Position<br>**Front seat right side** | | |
| | | **REA PA 19604** | | | | |
| | Person Type<br>**Passenger** | | Injury Severity<br>**Suspected Minor Injury (previously moderate injury)** | Extrication<br>**Not applicable** | | |
| | Ejection<br>**Not applicable** | | Ejection Path<br>**Not Ejected / Not Applicable** | | | |
| | Safety Equipment 1<br>**Lap and shoulder belt used** | | | Safety Equipment 2<br>**Front air bag deployed (for this seat)** | | |
| | EMS Transport<br>**Yes** | EMS Agency<br>**WESTERN BERKS AND BETHEL EMS** | | Medical Facility<br>**READING HOSPITAL** | | |

| People Information | Unit No.<br>**01** | Name/Address<br>**AINIESSA ROSADO** | | Gender<br>**Female** | Date of Birth<br>**01-15-1966** | Telephone No.<br>**(484) 557-3240** |
|---|---|---|---|---|---|---|
| | Person No.<br>**03** | **749 BIRCH STREET** | | Seat Position<br>**Second row - left side or motorcycle passenger** | | |
| | | **READING PA 19604** | | | | |
| | Person Type<br>**Passenger** | | Injury Severity<br>**Suspected Minor Injury (previously moderate injury)** | Extrication<br>**Not applicable** | | |
| | Ejection<br>**Not applicable** | | Ejection Path<br>**Not Ejected / Not Applicable** | | | |
| | Safety Equipment 1<br>**Lap and shoulder belt used** | | | Safety Equipment 2<br>**None used / Not applicable** | | |
| | EMS Transport<br>**Yes** | EMS Agency<br>**WESTERN BERKS AND BETHEL EMS** | | Medical Facility<br>**READING HOSPITAL** | | |

Incident No: 17-1455

Reportable: Y

**Commonwealth of Pennsylvania**

**Police Crash Report**

Report Number: W0634902

Case Closed: Y

| | Unit No. | Name/Address | | Gender | Date of Birth | | Telephone No. |
|---|---|---|---|---|---|---|---|
| | **01** | **YURISSA MEENIA** | | **Female** | **02-29-1972** | | **(484) 219-7135** |
| | Person No. | **127 S THIRD STREET** | | Seat Position | | | |
| | **04** | **READING PA 19602** | | **Second row - right side** | | | |
| | Person Type | | Injury Severity | Extrication | | | |
| People Information | **Passenger** | | **Suspected Minor Injury (previously moderate injury)** | **Not applicable** | | | |
| | Ejection | | Ejection Path | | | | |
| | **Not applicable** | | **Not Ejected / Not Applicable** | | | | |
| | Safety Equipment 1 | | | Safety Equipment 2 | | | |
| | **Lap and shoulder belt used** | | | **None used / Not applicable** | | | |
| | EMS Transport | EMS Agency | | Medical Facility | | | |
| | **Yes** | **WESTERN BERKS AND BETHEL EMS** | | **READING HOSPITAL** | | | |

| | Unit No. | Name/Address | | Gender | Date of Birth | | Telephone No. |
|---|---|---|---|---|---|---|---|
| | **02** | **STOCK, RITA M** | | **Female** | **07-14-1950** | | **(570) 390-7737** |
| | Person No. | **161 BLUE HERON WAY** | | Seat Position | | | |
| | **01** | **HAWLEY PA 18428** | | **Driver - all vehicles** | | | |
| | Person Type | | Injury Severity | Extrication | | | |
| People Information | **Driver** | | **Suspected Minor Injury (previously moderate injury)** | **Not applicable** | | | |
| | Ejection | | Ejection Path | | | | |
| | **Not applicable** | | **Not Ejected / Not Applicable** | | | | |
| | Safety Equipment 1 | | | Safety Equipment 2 | | | |
| | **Lap and shoulder belt used** | | | **Front air bag deployed (for this seat)** | | | |
| | EMS Transport | EMS Agency | | Medical Facility | | | |
| | **Yes** | **WESTERN BERKS AND BETHEL EMS** | | **READING HOSPITAL** | | | |

| | Unit No. | Name/Address | | Gender | Date of Birth | | Telephone No. |
|---|---|---|---|---|---|---|---|
| | **02** | **BARBARA OCONNOR** | | **Female** | **12-07-1950** | | **(860) 426-3237** |
| | Person No. | **41 BLOCHER FARM PLACE** | | Seat Position | | | |
| | **02** | **SOUTHINGTON CT 06489** | | **Front seat right side** | | | |
| | Person Type | | Injury Severity | Extrication | | | |
| People Information | **Passenger** | | **Suspected Serious Injury (previously major injury)** | **Not applicable** | | | |
| | Ejection | | Ejection Path | | | | |
| | **Not applicable** | | **Not Ejected / Not Applicable** | | | | |
| | Safety Equipment 1 | | | Safety Equipment 2 | | | |
| | **Lap and shoulder belt used** | | | **Front air bag deployed (for this seat)** | | | |
| | EMS Transport | EMS Agency | | Medical Facility | | | |
| | **Yes** | **WESTERN BERKS AND BETHEL EMS** | | **READING HOSPITAL** | | | |

Incident No: 17-1455

Reportable: Y

**Commonwealth of Pennsylvania**

**Police Crash Report**

Report Number: W0634902

Case Closed: Y

**Diagram**



Four Point Road

*Not To Scale*

**Narrative**

Driver of unit 2 stated that she was traveling north on SR 419 when Unit 1 crested the top of the left curve at a high rate of speed and started to go off the west berm, cut her vehicle to the left and started coming into her lane of travel. She slowed down and got over the east berm as much as possible and unit 1 struck her head on in her travel lane.

According to tire marks and impact location unit 2's statement appears to be correct.

# EXHIBIT "D"

**DECLARATIONS**

AUTOMOBILE POLICY DECLARATIONS

NAMED INSURED AND ADDRESS

RITA M STOCK
161 BLUE HERON WAY
HAWLEY PA 18428

|  | POLICY PERIOD | | POLICY NUMBER |
|---|---|---|---|
|  | FROM | TO |  |
|  | 01 24 2017 | 01 24 2018 | F396600-9 |
|  | MO. DAY YR. | MO. DAY YR. | |
|  | 12:01 A.M. STANDARD TIME | | |

THE AUTO(S) OR TRAILER(S) DESCRIBED IN THIS POLICY IS (ARE) PRINCIPALLY GARAGED AT THE ABOVE ADDRESS UNLESS OTHERWISE STATED:

COVERAGE IS PROVIDED WHERE A PREMIUM AND A LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE.

| Description of Auto or Trailer | YEAR & TRADE NAME | BODY TYPE OR MODEL | SERIAL NUMBER | RATING INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Terr. | Class | OT | GS | AT | PR | AL | TORT | DI | TE | HC |
| CAR 01 | 2008 SUBARU | WAGON | JF1SG67628H718380 | 055 | 880120 | | | T13A | | LMT | | 20 | 5 |
| CAR 02 | 2011 TOYOTA | UTILITY | 2T3BF4DV9BW095578 | 055 | 880120 | | | T33A | | LMT | | 20 | 5 |

| Coverages and Limit of Liability | A. LIABILITY EACH ACCIDENT | B. UNINSURED MOTORISTS (UM) | C. UNDER-INSURED MOTORISTS (UIM) | D. | E. DAMAGE TO YOUR AUTO | | | | | F. TOWING & LABOR COSTS | G. ADDED FIRST PARTY BENEFITS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1. COLLISION | | 2. OTHER THAN COLLISION ACTUAL CASH VALUE MINUS DEDUCTIBLE | | | EACH DISABLEMENT | 1. MEDICAL | $100,000 |
| | | | | | SYM | DED | SYM | DED | | | 2. WORK | A. NONE |
| CAR 01 | $ 300,000 | $300,000 | $300,000 | | H | $ 500 | H | $ 500 | | $ 75 | LOSS B. NONE | |
| CAR 02 | $ 300,000 | $300,000 | $300,000 | | 19 | $ 500 | 20 | $ 500 | | $ 75 | 3. FUNERAL $1,500 | |
| | | | | | | | | | | | 4. DEATH $5,000 | |
| PREMIUM | A. | B. | C. | D. | E.1. | | E.2. | | F. | | 5. EMB 100,000 | |
| | | | | | | | | | | | G. TOTALS | |
| CAR 01 | 6D $ 217 | 5 $ 22 | 5 $ 54 | A $ | 7 $ 208 | 7 $ 100 | | | $ 0 | $ 94 | $ 695.00 | |
| CAR 02 | 6D $ 217 | 5 $ 22 | 5 $ 54 | A $ | 7 $ 229 | 7 $ 91 | | | $ 0 | $ 94 | $ 707.00 | |
| | $ | $ | $ | $ | $ | $ | | $ | | $ | $ | |
| | $ | $ | $ | $ | $ | $ | | $ | | $ | $ | |

ENDORSEMENTS MADE A PART OF THIS POLICY AS OF
THE EFFECTIVE DATE OF THESE DECLARATIONS:

A-711 (07/16) PERSONAL AUTO POLICY
A-627 (02/12) UM COV-PA (STACKING REJECTED)
A-626 (02/12) UIM COV-PA (STACKING REJECTED)
A-12 (12/92) EXTRAORDINARY MED BENEFIT (EMB)
A-623 (7/99) LIMITED TORT NOTICE
A-755 (10/10) NJM ROADSIDE ASSISTANCE

ENDORSEMENT PREMIUM $

TOTAL POLICY PREMIUM                    1402.00

BALANCE                    $ 1402.00

COLLISION COVERAGE PROVIDED BY THE POLICY APPLIES TO A SHORT-TERM RENTAL OF A PRIVATE PASSENGER AUTO; AND A PICKUP, VAN, OR TRAILER NOT USED FOR BUSINESS PURPOSES. COVERAGE DOES NOT APPLY TO A RENTAL VEHICLE USED IN THE BUSINESS OF SELLING, REPAIRING, SERVICING, STORING OR PARKING AUTOS.

LOSS PAYEE:

"CERTIFIED TO BE A TRUE COPY"

MG
INIT                    11/2/17
                    DATE

Livia Hillmyer

COUNTERSIGNED AT TRENTON, NEW JERSEY ON 01/25/2017
THIS POLICY SHALL NOT BE VALID UNLESS COUNTERSIGNED
BY OUR AUTHORIZED AGENT.

11
4778

SCH = 1
F0049 (08/09)

## DISCOUNT INFORMATION SUPPLEMENT

NAMED INSURED AND ADDRESS

RITA M STOCK
161 BLUE HERON WAY
HAWLEY PA 18428

POLICY NUMBER

F396600-9

THE PREMIUMS SHOWN ON THE ENCLOSED AUTOMOBILE POLICY DECLARATIONS ALREADY INCLUDE THE FOLLOWING DISCOUNTS.

CREDIT AMOUNTS PER VEHICLE ARE DISPLAYED BELOW.

| VEHICLE | ANTI-THEFT (AT) | PASSIVE RESTRAINT (PR) | ANTI-LOCK DISCOUNT (AL) | DRIVER IMPROVEMENT COURSE (DI) | HOMEOWNERS POLICYHOLDER CREDIT (HC) |
|---------|-----------------|------------------------|-------------------------|--------------------------------|-------------------------------------|
| 2008 SUBARU | $5 CREDIT | $40 CREDIT FOR AIRBAGS AND/OR PASSIVE BELTS | $10 CREDIT | NONE | $27 CREDIT |
| 2011 TOYOTA | $16 CREDIT | $40 CREDIT FOR AIRBAGS AND/OR PASSIVE BELTS | $10 CREDIT | NONE | $28 CREDIT |

A MULTI-CAR DISCOUNT HAS BEEN APPLIED.

DRIVER TRAINING (DT) AND/OR GOOD STUDENT (GS) DISCOUNTS, IF APPLICABLE, APPEAR UNDER RATING INFORMATION ON THE DECLARATIONS.

A PREMIUM DISCOUNT OF 5% WILL BE APPLIED TO THE BASE PREMIUMS FOR LIABILITY, FIRST PARTY MEDICAL BENEFITS, OTHER THAN COLLISION AND COLLISION COVERAGES. THIS DISCOUNT IS APPLICABLE IF YOU MAINTAIN AN ACTIVE NJM HOMEOWNERS POLICY IN WHICH YOU ARE THE OWNER AND OCCUPANT OF THE INSURED PROPERTY. THE ELIGIBLE HOMEOWNERS POLICY FORMS ARE HO-2, HO-3, AND HO-6.

FOR MORE INFORMATION ON THE APPLICATION OF THESE AND OTHER DISCOUNTS CALL OUR CUSTOMER SERVICE DEPARTMENT.

BP-1 (07-96)

FINANCIAL RESPONSIBILITY IDENTIFICATION CARD

*This card must be shown to any Law Enforcement Officer upon request*

**12122** NEW JERSEY MANUFACTURERS INSURANCE COMPANY

301 SULLIVAN WAY      WEST TRENTON, NEW JERSEY 08628-0118

**POLICY NUMBER**

F396600-9
**EFFECTIVE DATE**

JAN 24, 2017
**NOT VALID MORE THAN 1**

**YEAR FROM EFFECTIVE DATE**

RITA M STOCK
161 BLUE HERON WAY
HAWLEY PA 18428

_Lívia Hillmyer_
Authorized Representative

Applicable with respect to the following Motor Vehicle:

2008   SUBARU   JF1SG67628H718380
Year    Make     Vehicle Identification Number

**SEE IMPORTANT MESSAGE ON REVERSE SIDE**

BP-1 (07-96)

FINANCIAL RESPONSIBILITY IDENTIFICATION CARD

*This card must be shown to any Law Enforcement Officer upon request*

**12122** NEW JERSEY MANUFACTURERS INSURANCE COMPANY

301 SULLIVAN WAY      WEST TRENTON, NEW JERSEY 08628-0118

**POLICY NUMBER**

F396600-9
**EFFECTIVE DATE**

JAN 24, 2017
**NOT VALID MORE THAN 1**

**YEAR FROM EFFECTIVE DATE**

RITA M STOCK
161 BLUE HERON WAY
HAWLEY PA 18428

_Lívia Hillmyer_
Authorized Representative

Applicable with respect to the following Motor Vehicle:

2011   TOYOTA   2T3BF4DV9BW095578
Year    Make     Vehicle Identification Number

**SEE IMPORTANT MESSAGE ON REVERSE SIDE**

*DRIVE DEFENSIVELY*

*AND USE SEAT BELTS AT ALL TIMES.*

*FOR NJM ROADSIDE ASSISTANCE,*

*ADD 1-800-367-6564*

*TO THE CONTACT LIST*

*ON EACH DRIVER'S PHONE.*

IMPORTANT NOTICE Regarding your Financial Responsibility Insurance Identification Card.

New Jersey Manufacturers Insurance Company is required by Pennsylvania law to send you an I.D. card. The card shows that an insurance policy has been issued for the vehicle(s) described satisfying the financial responsibility requirements of the law.

If you lose the card, contact your insurance company or agent for a replacement.

The I.D. card information may be used for vehicle registration and replacing license plates. If your liability insurance policy is not in effect, the I.D. card is no longer valid.

You are required to maintain financial responsibility on your vehicle. It is against Pennsylvania law to use the I.D. card fraudulently such as using the card as proof of financial responsibility after the insurance policy is terminated.

F0035